**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Angele'ck Rice-Ife, individually and as Personal Representative of the Estate of Gamba Ife (a/k/a Gary Dale Lawson, Jr.), | ) ) ) | C/A No: 5:25-CV-13471-JFA-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF FILING** |
| | ) | **AFFIDAVIT OF SERVICE** |
| Heinz-Peter Schafer, MD in his individual capacity; Rasheeda Williams, LPN, in her individual capacity; and Jane Does 1-10 in their individual capacities. | ) ) ) ) ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

COMES NOW Angele'ck Rice-Ife, individually and as Personal Representative of the

Estate of Gamba Ife (a/k/a Gary Dale Lawson, by and through the undersigned counsel of

record, files this Notice of Filing of Affidavit of Service in the above-captioned matter, along

with the Affidavit of Service of the Summons, Complaint, and Plaintiff's Responses to Local

Rule 26.01 upon Rasheed Williams on the 21st day of November, 2025.

Respectfully submitted this 1st day of December, 2025

**STROM LAW FIRM, LLC**
*s/ Bakari T. Sellers*
Bakari T. Sellers (SC Fed. ID # 11099)
Mario A. Pacella (SC Fed. ID # 7538)
Amy E. Willbanks (SC Fed. ID # 13537)
Alexandra Benevento (SC Fed. ID # 10734)
Matthew B. Robins (SC Fed. ID # 13313)
6923 N. Trenholm Road, Suite 200
Columbia, South Carolina 29206
Phone: (803) 252-4800
Email:       bsellers@stromlaw.com
              mpacella@stromlaw.com
              awillbanks@stromlaw.com
              abenevento@stromlaw.com
              mrobins@stromlaw.com
*Attorneys for Plaintiff*

December 1, 2025
Columbia, SC

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
District of South Carolina

Case Number: 5:25-CV-13471-JFA-KDW

Plaintiff:
**Angele'ck Rice-Ife, individually and as Personal Representative of the Estate of Gamba Ife (a/k/a Garry Lawson, Jr.)**

vs.

Defendant:
**Heinz-Peter Schafer, MD, in his individual capacity; Rasheeda Williams, LPN, in her individual capacity; and Jane Does 1-10, in their individual capacities**

For:
Strom Law Firm L.L.C.
6923 North Trenholm Road
Suite 200
Columbia, SC 29206

Received by Palmetto Legal Gophers, LLC to be served on **Rasheeda Williams, 79 Love Park Street, Denmark, SC 29042**.

I, Horace Leysath, being duly sworn, depose and say that on the **21st day of November, 2025** at **5:30 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Cover Letter; Summons in a Civil Action; Complaint; Plaintiff's Responses to Interrogatories Pursuant to Local Rule 26.01** to: **Amir Williams** as **Son and Co-Resident** at the address of: **79 Love Park Street, Denmark, SC 29042**, the within named person's usual place of abode, who resides therein, who is sixteen (16) years of age or older.

Description of Person Served: Age: 17, Sex: M, Race/Skin Color: Black, Height: 5'8", Weight: 170, Hair: Black, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 21st day of November, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC
EXP. DATE 10/17/2034

*Horace Leysath*
**Horace Leysath**

**Palmetto Legal Gophers, LLC**
www.palmettolegalgophers.com
PO Box 6108
Columbia, SC 29260
(803) 216-1621

Our Job Serial Number: LPW-2025004264

TARZY LEYSATH
Notary Public
State of South Carolina
My Commission Expires October 17, 2034

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

